IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

DAVID JAY MORRIS,

        Petitioner,

v.                             No. CIV 07-1261 WJ/LFG

MIKE HEREDIA, Warden, and
GARY K. KING, Attorney General
for the State of New Mexico,

        Respondents.

### ORDER ADOPTING MAGISTRATE JUDGE'S FINDINGS
### AND RECOMMENDED DISPOSITION
### AND DISMISSING ACTION WITH PREJUDICE

THIS MATTER is before the Court on the Magistrate Judge's Analysis and Recommended Disposition, filed March 12, 2008 [Doc. 10]. Petitioner did not file objections, and the deadline for filing objections has passed. The Court accepts the findings and recommended disposition.

IT IS HEREBY ORDERED that the findings and recommended disposition of the United States Magistrate Judge are adopted by the Court.

IT IS FURTHER ORDERED that Respondents' request to dismiss this action is granted, Petitioner's § 2254 motion is denied, and this action be, and it hereby is, dismissed with prejudice.

_____
UNITED STATES DISTRICT JUDGE